UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Eugenio Delgado Jimenez                                         Case No.: 23-18636-CLC
                                                                         Chapter 13

_____Debtor(s)_____/

**OBJECTION TO CLAIM ON SHORTENED NOTICE**

*IMPORTANT NOTICE TO CREDITOR:  THIS IS AN OBJECTION TO YOUR CLAIM*

*This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended. Upon the filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).*

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1(B)(2), the [trustee][debtor] objects to the following claim filed in this case:

| **Claim No.** | **Name of Claimant / Creditor** | **Amount of Claim** |
|---|---|---|
| 9 | NewRez LLC / Shellpoint Mortgage Servicing | $370,281.02 |

Basis for Objection and Recommended Disposition

On or about January 2, 2024, Creditor filed a secured proof of claim in the above-mentioned amount with arrearages in the amount of $1,948.67 for a mortgage on the Debtor's homestead property located at 3735 NE 15TH ST Homestead, FL 33033, account ending in 3452. The Creditor is being paid directly and outside the plan. Debtor requests the claim be allowed as filed without distribution from the Chapter 13 Trustee.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the debtor at least 14 days prior to the confirmation hearing date and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

Respectfully submitted:                     **Jose A. Blanco, P.A.**
<u>January 8, 2024</u>                           By: <u>*/s/ Jose A. Blanco*</u> | FBN: 062449
                                            Attorney for Debtor(s)
                                            102 E 49th ST
                                            Hialeah, FL 33013,
                                            Tel. (305) 349-3463
                                            E-mail: jose@blancopa.com

LF-70 (rev. 12/01/09)