UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:   Eugenio Delgado Jimenez                             Case No.: 23-18636-CLC
                                                             Chapter 13

　　　　　　　　　Debtor(s)　　　　　　　／

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Motion to reinstate case, Motion to waive and vacate deduction order, and Notice of hearing was sent to all parties on the attached service list on February 8, 2024.

Electronically: Nancy K. Neidich, Trustee

First Class Mail:

Debtor(s), Eugenio Delgado Jimenez
3735 NE 15TH ST
Homestead, FL 33033

All Creditors on the Matrix

| Respectfully submitted: | **Jose A. Blanco, P.A.** |
|---|---|
| February 8, 2024 | By: */s/ Jose A. Blanco* | FBN: 062449 |
|  | Attorney for Debtor(s) |
|  | 102 E 49th ST |
|  | Hialeah, FL 33013, |
|  | Tel. (305) 349-3463 |
|  | E-mail: jose@blancopa.com |